# EXHIBIT B

# Middlesex Superior Court Records



**COMMONWEALTH OF MASSACHUSETTS**
**MIDDLESEX COUNTY**
**Docket Report**

## 0281CR01821
## Commonwealth vs. Davis, Barry L

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Indictment | **FILE DATE:** | 11/12/2002 |
| **ACTION CODE:** | 265/15A/A-1 | **CASE TRACK:** | I - Inventory |
| **DESCRIPTION:** | A&B WITH DANGEROUS WEAPON c265 §15A(b) | | |
| **CASE DISPOSITION DATE** | 06/10/2004 | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Disposed | **STATUS DATE:** | 06/10/2004 |
| **CASE JUDGE:** | | **CASE SESSION:** | Criminal 1 Rm 430 |

### LINKED CASE

### DCM TRACK

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| | | |

### PARTIES

| | |
|---|---|
| **Prosecutor**<br>Commonwealth | **Attorney for the Commonwealth**  641110<br>Gordon, Sean<br>Federal Building<br>Federal Building<br>11000 Wilshire Blvd.<br>Suite 1700<br>Los Angeles, CA 90024<br>Added Date: 11/26/2002 |
| **Defendant**<br>Davis, Barry L | **Private Counsel**  567073<br>Flaherty, Daniel Paul<br>Law Office of Daniel P. Flaherty<br>Law Office of Daniel P. Flaherty<br>2464 Massachusetts Ave, 315C<br>Cambridge, MA 02140<br>Work Phone (617) 868-0521<br>Added Date: 06/14/2004 |

## COMMONWEALTH OF MASSACHUSETTS
### MIDDLESEX COUNTY
### Docket Report

### PARTY CHARGES

| # | Offense Date/ Charge | Code | Town | Disposition | Disposition Date |
|---|---|---|---|---|---|
| 1 | 09/10/2002<br>A&B WITH DANGEROUS WEAPON c265 §15A(b) | 265/15A/A-1 | Somerville | Guilty | 04/09/2003 |
| 2 | 09/10/2002<br>A&B, SERIOUS BODILY INJURY c265 §13A(b) | 265/13A/D-1 | Somerville | Guilty | 04/09/2003 |
| 3 | 09/10/2002<br>THREAT TO COMMIT CRIME c275 §2 | 275/2-0 | Somerville | Guilty | 04/09/2003 |

### EVENTS

| Date | Session | Event | Result | Resulting Judge |
|---|---|---|---|---|
| 11/26/2002 | Criminal 1 Rm 430 | Arraignment | Held as Scheduled | |
| 12/04/2002 | Criminal 1 Rm 430 | Bail Review | Held as Scheduled | |
| 12/18/2002 | Criminal 1 Rm 430 | Status Review | Held as Scheduled | |
| 01/15/2003 | Criminal 1 Rm 430 | Hearing | Held as Scheduled | |
| 02/13/2003 | Criminal 1 Rm 430 | Evidentiary Hearing to Dismiss | Held as Scheduled | |
| 02/26/2003 | Criminal 1 Rm 430 | Bail Review | Held as Scheduled | |
| 04/04/2003 | Criminal 1 Rm 430 | Status Review | Rescheduled | |
| 04/09/2003 | Criminal 1 Rm 430 | Hearing for Change of Plea | Held as Scheduled | |
| 06/05/2003 | Criminal 1 Rm 430 | Hearing for Probation Report | Held as Scheduled | |
| 07/24/2003 | Criminal 1 Rm 430 | Violation of Probation Hearing | Held as Scheduled | |
| 08/12/2003 | Criminal 1 Rm 430 | Hearing for Probation Report | Held as Scheduled | |
| 01/06/2004 | Criminal 1 Rm 430 | Violation of Probation Hearing | Canceled | |
| 01/27/2004 | Criminal 1 Rm 430 | Violation of Probation Hearing | Not Held | |
| 01/29/2004 | Criminal 1 Rm 430 | Violation of Probation Hearing | Held as Scheduled | |
| 03/25/2004 | Criminal 1 Rm 430 | Hearing for Probation Report | Held as Scheduled | |
| 04/15/2004 | Criminal 1 Rm 430 | Violation of Probation Hearing | | |
| 05/13/2004 | Criminal 1 Rm 430 | Violation of Probation Hearing | Rescheduled | |
| 06/10/2004 | Criminal 1 Rm 430 | Hearing for Probation Report | Held as Scheduled | |

### FINANCIAL SUMMARY

No Financial Data for this report

| Deposit Account(s) Summary | Received | Applied | Checks Paid | Balance |
|---|---|---|---|---|
| Total | | | | |

**COMMONWEALTH OF MASSACHUSETTS**
**MIDDLESEX COUNTY**
Docket Report

| INFORMATIONAL DOCKET ENTRIES | | | |
|---|---|---|---|
| Date | Ref | Description | Judge |
| 11/12/2002 | 1 | Indictment returned | |
| 11/15/2002 | | Habeas corpus for Deft at Camb. Jail 11-26-02 | |
| 11/26/2002 | | Deft arraigned before Court | |
| 11/26/2002 | | RE Offense 1:Plea of not guilty | |
| 11/26/2002 | | RE Offense 2:Plea of not guilty | |
| 11/26/2002 | | RE Offense 3:Plea of not guilty | |
| 11/26/2002 | | The defendant is ordered held without bail without prejudice. By the Court (Grabau, J.) | |
| 11/26/2002 | | Bail warning read | |
| 11/26/2002 | 2 | Affidavit of indigency filed; prepared by Kenya Scott; approved (Charles M. Grabau, Justice) | |
| 11/26/2002 | 3 | Notice of assignment of counsel filed. | |
| 11/26/2002 | | Appearance of Commonwealth's Atty: Sean Gordon | |
| 11/26/2002 | 4 | Commonwealth files Statement of the Case | |
| 11/26/2002 | 5 | Commonwealth files Notice of Discovery I | |
| 11/26/2002 | | Continued until December 04, 2002 for bail hearing | |
| 12/02/2002 | | Habeas corpus for Deft at Camb. Jail 12-04-02 | |
| 12/04/2002 | | Continued until December 18, 2003 PTC | |
| 12/04/2002 | | Rule 36 waived | |
| 12/04/2002 | | Reporter present: Jacques, Robert | |
| 12/04/2002 | 6 | Motion by Deft: Ex Parte Motion For Funds With Affidavit Of Indigency. | |
| 12/04/2002 | | Motion (P#6) allowed (Leila R. Kern, Justice). Cert. Copy Atty. | |
| 12/04/2002 | 7 | Motion by Deft: Motion And Judicial Order-- Re: Security Personnel: It is herby ORDERED that any and all Security Personnel allow Attorney Glen P. Randall to bring a camera into the Cambridge Superior Courthouse and/or any holding cell so that he may take photographs of the defendant's injuries. (Leila Kern, Justice) Copy to Atty. | |
| 12/04/2002 | 8 | Commonwealth Files Notice Of Discovery II | |
| 12/04/2002 | 9 | Motion by Commonwealth: For An Order Of Pretrial Detention Or In The Altlernative, Release With M.G.L. c. 276, S 58A(2) Conditions. Filed | |
| 12/04/2002 | | Motion (P#9) Allowed (Leila R. Kern, Justice). Copies mailed | |
| 12/18/2002 | | Continued until January 15, 2003 NEM | |
| 12/18/2002 | | Reporter present: Welch, Maureen | |
| 12/18/2002 | 10 | Pre-trial conference report filed | |
| 01/15/2003 | | Continued until February 13, 2003 Motion to Dism | |

| | | |
|---|---|---|
| 01/15/2003 | | Reporter present: Landwer, Elizabeth |
| 01/15/2003 | 11 | Motion by Deft: to Dismiss count 1 and Count 3 insufficiency of evidence and distortion of Grand Jury Function with an affidavit and memorandum attached filed in court |
| 01/15/2003 | | Motion (P#11) After hearing and review of the Grand Jury minutes and the photographic exhibits, the motion to dismiss is denied (Garsh,J) |
| 02/13/2003 | 12 | Motion by Deft: Exparte Motion for funds with an affidavit attached |
| 02/13/2003 | | Motion (P#12) allowed not to exceed $400 (Garsh,J) |
| 02/13/2003 | 13 | Commonwealth files opposition to defendants motion to dismiss |
| 02/13/2003 | 14 | Commonwealth files Notice of discovery III |
| 02/19/2003 | | Habeas corpus for Deft at Middlesex County Jail for 2/26/03 |
| 02/19/2003 | | Habeas corpus for Deft at Middlesex County Jail for 2/26/03 |
| 02/26/2003 | 15 | Habe: returned wo/service |
| 02/26/2003 | | Parties came into court on defendants oral motion to reduce bail (Garsh,J) presiding ADA S Gordon Deft Counsel: G Randall after hearing by agreement of counsel bail reduced to $1000 cash pursuant to MGL 276s87 |
| 02/26/2003 | | Conditions: 1)Abide by restraining order 2)No contact with commonwealth witness 3)Reporting to PO one time a week in person |
| 02/26/2003 | | Mittimus issued |
| 02/26/2003 | | Bail warning read |
| 02/26/2003 | | Continued until 4-4-03 Status |
| 02/26/2003 | | Reporter present: Leary, Mary |
| 03/26/2003 | | Habeas corpus for Deft at Middlesex County Jail 04/04/03 |
| 03/27/2003 | | Continued until April 09, 2003 LC (Order Lucie B. Pasquale, C/M) |
| 03/27/2003 | 16 | Habeas corpus for Deft at Middlesex County Jail (Cambridge) |
| 04/09/2003 | 17 | Deft Files Sentencing Memorandum |
| 04/09/2003 | 18 | Waiver of defendants' rights copy to Joyce Coleman |
| 04/09/2003 | | Plea of not guilty changed to guilty; accepted (Ball, J.) Commonwealth moves for sentence. |
| 04/09/2003 | 19 | Finding on plea of guilty (Ball, J.) |
| 04/09/2003 | | RE Offense 1:Guilty plea |
| 04/09/2003 | | RE Offense 2:Guilty plea |
| 04/09/2003 | | RE Offense 3:Guilty plea |
| 04/09/2003 | | Bail revoked |

| | | |
|---|---|---|
| 04/09/2003 | | Defendant sentenced to Offense 002 Billerica House of Correction 2 1/2 years; 7 months to be served. The court deems this 7 months served as of this date 4/9/03. Probation fee waived for 7 months. This sentence is suspended for 2 years. Conditions of Probation - Batters Program to be paid for by the defendant -- Stay away from victim. Offense 001 & 003 2 years probation same terms as in 002 & concurrent with 002. (Carol S. Ball, Justice) |
| 04/09/2003 | 20 | Order On Statutory Fees Victim Witness Fee Imposed ($90) Probation Supervison Fee or Community Service Batters's Treatment Program. So ORDERED (Carol S. Ball, Justice) |
| 04/09/2003 | | Victim-witness fee assessed: $90.00 |
| 04/09/2003 | | Reporter present: Leary, Mary |
| 06/04/2003 | 20.1 | Clerks Minutes on Probation Hearing (Pasquale,C/M) P.O. Stephe Mulloy continued to 07/24/03 for final surrender Assistant Clerk Matt. Day |
| 06/05/2003 | 21 | Statement of Appointment Name of Appointee: Joanne Walsh appointed as Counsel for Defendant (Lucie B Pasquale, C/M) |
| 06/05/2003 | 22 | Affidavit of indigency filed; approved (Lucie B Pasquale,C/M) P.O. Kenya Scott |
| 06/05/2003 | 23 | Notice of assignment of counsel filed. Joanne Walsh |
| 06/05/2003 | | Appearance of Deft's Atty: Joanne M Walsh |
| 06/05/2003 | | Reporter present: Lynch, Jr., John M. |
| 07/24/2003 | 24 | Agreed upon final surrender report filed |
| 07/24/2003 | 25 | Clerk's Minutes on Probation Hearing: Agnes,J Presiding PO Paul Cashman deft Atty Joann Walsh Final Surrender Hearing After hearing Violation dismissed at this time without prejudice |
| 07/24/2003 | | Reporter present: Lynch, Jr., John M. |
| 08/12/2003 | 26 | Clerk's Minutes on Probation Hearing: (Agnes,J) Presiding PO P Cashman Deft Attorney Joanne Walsh Final Surrender Hearing VOP Found as a result of new arrest out of Lowell No contact with commonwealth witnesses or family in the case Restitution of $500 ordered $100 month to probation department continued probation April 2005 |
| 08/12/2003 | | Reporter present: Lynch, Jr., John M. |
| 01/06/2004 | 27 | Clerks Minutes on Probation Hearing Gershengorn, J. Presiding--Probation Officer Paul Cashman--Result: Off list at request of P.O. Court Reporter Karen Considine (LP/CM) |
| 01/06/2004 | | Reporter present: Considine, Karen |
| 01/27/2004 | 28 | Request filed by probation for a warrant. |
| 01/27/2004 | 29 | VTP warrant issued |
| 01/27/2004 | | Warrant was entered onto the Warrant Management System January 27, 2004 |
| 01/27/2004 | 30 | Clerk's Minutes on Probation Hearing: (Gershengorn,J) Presiding PO P Cashman Defaulted in open court |
| 01/27/2004 | | Reporter present: Considine, Karen |

| | | |
|---|---|---|
| 01/29/2004 | | Warrant canceled on the Warrant Management System January 29, 2004 |
| 01/29/2004 | 31 | Clerk's Minutes on Probation Hearing: (Gershengorn,J) Presiding PO Paul Cashman Warrant Removed Continued to 4-9-05 original date of termination |
| 02/03/2004 | | Victim-witness fee paid as assessed $90.00 |
| 03/17/2004 | 32 | Request filed by probation for a warrant. |
| 03/17/2004 | | Warrant was entered onto the Warrant Management System March 17, 2004 |
| 03/17/2004 | | Default removed; warrant recalled |
| 03/17/2004 | 33 | Clerks Minutes on Probation Hearing Muse J. Presiding--Probation Officer Stephen Mulloy-- Warrant Removed--Court Reporter Erin Reardon (MD/AC) |
| 03/18/2004 | | Habeas Corpus for Deft at Norfolk House of Correction 03-25-04 |
| 03/25/2004 | 34 | Affidavit of indigency filed; approved (Pasquale,CM) |
| 03/25/2004 | 35 | Statement of appointment: Daniel Flaherty appointed as counsel for defendant From the Court list in successive order (Pasquale,CM) |
| 03/25/2004 | 36 | Order Assessing statutory fee for appointment of Counsel $150 (Pasquale,CM) |
| 03/25/2004 | 37 | Clerk's Minutes on Probation Hearing: (Quinlan,J) Presiding PO Paul Cashman Deft Atty Dan Flaherty appointment of Counsel Warrant removed Bail hearing set without bail without prejudice Custody mitt issued continued to 4-15-04 for final |
| 03/25/2004 | | Reporter present: Reardon, Erin |
| 03/26/2004 | | Habeas Corpus for Deft at Norfolk Jail 04-15-04 |
| 04/15/2004 | 38 | Clerks Minutes on Probation Hearing: Judge Muse Presiding; P.O. Paul Cashman; Deft's Atty: Dan Flaherty; continued to 5/13/04 for F/S - request of P.O. (M.Day A/C) |
| 04/15/2004 | | Continued until May 13, 2004 |
| 04/15/2004 | | Reporter present: Reardon, Erin |
| 05/06/2004 | | Habeas Corpus for Deft at Dedham Jail 05-13-04 |
| 05/13/2004 | 39 | Clerk's Minutes on Probation Hearing: (Hely,J) Presiding PO Paul Cashman Deft Atty Flaherty continued to 6-10-04 for final surrender |
| 05/13/2004 | | Reporter present: Reardon, Erin |
| 06/01/2004 | | Habeas Corpus for Deft at Norfolk County Jail 06-10-04 |
| 06/10/2004 | 40 | Notice of assignment of counsel filed. Daniel Paul Flaherty, Esq. |
| 06/10/2004 | 41 | Clerks Minutes on Probation Hearing: Judge Hines Presiding; P.O. Paul Cashman; Deft's Atty: Daniel Flaherty; Final Surrender Hearing Stipulated; Result: Court finds defendant in violation of probation, on 2002-1821-001. The court orders defendant to be sentenced to the Billerica House of Correction with 77 days of jail credit. Mittimus issued. On 2002-1821-002 and 2002-1821-003 probation is this day terminated. (Lucie Pasquale, CM) |
| 06/10/2004 | | Mittimus issued |



**COMMONWEALTH OF MASSACHUSETTS**
**MIDDLESEX COUNTY**
Docket Report

| | | |
|---|---|---|
| 06/10/2004 | | Reporter present: Lynch, Jr., John M. |
| 02/04/2005 | 42 | Motion by Deft: for Appeal of Bail (copy to DA) |

Assault and Battery by Means of a Dangerous Weapon
C.265, §15A(b)

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the First Monday of November in the year of our Lord two thousand and two.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath **present**,

That Barry Davis

on the Tenth day of September in the year of our Lord two thousand and two at Somerville, in the County of Middlesex aforesaid, by means of a dangerous weapon, to wit: a ring did assault and beat Aurora O'Neil.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

*Foreman of the Grand Jury.*

*Assistant District Attorney.*

*Superior Court*

*November, Sitting, 20 02*

4th day - Returned by the Grand Jury and filed in Court.

*Assistant Clerk*

**ORIGINAL**

2002-1821-001

Assault and Battery Causing Serious Bodily Injury
C.265, §13A(b)

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the First Monday of November in the year of our Lord two thousand and two.

THE JURORS for the COMMONWEALTH OF MASSACHUSETTS on their oath **present,**

That Barry Davis

on the Tenth day of September in the year of our Lord two thousand and two at Somerville, in the County of Middlesex aforesaid, did assault and beat Aurora O'Neil and by such assault and battery caused serious bodily injury to Aurora O'Neil.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

[Handwritten annotations in margin: 2 1/2 house / 7 mos serve / deem serve / BSS 2 yrs / prob. / Batters program / No contact / 90 VWF / Batters program fee / PSF waived for 7 months only, then PSF or com. service / Clear Default / Warrant]

_____
Foreman of the Grand Jury.

_____
Assistant District Attorney.

Superior Court                                                   November Sitting, 20 02

4th day – Returned by the Grand Jury and filed in Court.

_____
Assistant Clerk

**ORIGINAL**

2002-1821-003

Threat to Commit Crime
C.275, §2&4

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the First Monday of November in the year of our Lord two thousand and two.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath **present,**

That Barry Davis

on the Tenth day of September in the year of our Lord two thousand and two at Cambridge, in the County of Middlesex aforesaid, did threaten to commit a crime against the person of Aurora O'Neil, or the property of Aurora O'Neil, to wit: bodily harm.

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

/s/ (illegible)
*Foreman of the Grand Jury.*

(signed)
*Assistant District Attorney.*

Superior Court                                           November, Sitting, 2002

___ day – Returned by the Grand Jury and filed in Court.

Lucie Pasquale
*Assistant Clerk*

ORIGINAL

2002-1821-003